16107

# IN THE DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **SHANNON FORD** | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| **SWIFT TRANSPORTATION SERVICES,** | § | |
| **LLC, SWIFT TRANSPORTATION CO.** | § | **JURY DEMANDED** |
| **OF ARIZONA, LLC and JOHN DOE 1** | § | |

## DEFENDANTS SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and SWIFT TRANSPORTATION SERVICES, LLC'S NOTICE OF REMOVAL

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. sections 1332(a), 1441(a), and 1446(a), Defendants **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and improperly named SWIFT TRANSPORTATION SERVICES, LLC** (the "Swift Defendants") file this Notice of Removal, hereby removing this case from the 274th Judicial District Court of Comal County, Texas to the United States District Court for the Western District of Texas, San Antonio Division. In support of this Notice of Removal, Defendants respectfully show the Court as follows:

### I.

#### PRELIMINARY MATTERS

1. This is a negligence action arising out of an alleged accident between two vehicles. Plaintiff Shannon Ford claims that defendant "John Doe 1" sideswiped Plaintiff's vehicle while driving an 18-wheeler owned or leased by Defendant Swift Transportation Co. of Arizona, LLC or Swift Transportation Services, LLC. Plaintiff claims that the Swift Defendants are vicariously liable for John Doe 1's negligence.

2. This action was filed by Plaintiff on March 3, 2023, in the 274th Judicial District Court of Comal County, Texas, assigned Cause Number C2023-0421C by that court. Plaintiff's

state court petition alleges causes of action for negligence and negligence per se against John Doe 1, vicarious liability via respondeat superior against the Swift Defendants, and gross negligence against John Doe 1.

3.   Both Swift Defendants were served with Plaintiff's state-court petition on March 10, 2023. On information and belief, John Doe 1 has not been served with Plaintiff's state-court petition.

4.   The 274th Judicial District Court of Comal County, Texas is located within the Western District of Texas, San Antonio Division. Consequently, pursuant to 28 U.S.C. section 1441(a), this action is properly removed to this Court.

## II.

### REMOVAL IS TIMELY

5.   This removal is timely. Both Swift Defendants were served with Plaintiff's state-court petition on March 10, 2023. This Notice of Removal was filed within 30 days thereof. *See* 28 U.S.C. § 1446(b).

## III.

### DIVERSITY JURISDICTION

6.   The basis of this removal is diversity jurisdiction under 28 U.S.C. section 1332. Diversity jurisdiction exists because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and complete diversity of citizenship exists between Plaintiff and Defendants.

**A.   Citizenship of Plaintiff**

7.   Based on allegations in his Original Petition, Plaintiff is, and was at the time of the filing of this suit, a citizen of Texas.

**B.   Citizenship of Defendants**

8.   At the time of the initial filing of this action and at the current time of the removal

of this action: Swift Transportation Co. of Arizona, LLC is a Delaware limited liability company with a principal place of business in Arizona. *See* 28 U.S.C. § 1332(c). Its sole member and manager is Swift Transportation Co., LLC, a Delaware limited liability company with a principal place of business in Arizona. The sole member, manager, and owner of Swift Transportation Co., LLC is Knight-Swift Transportation Holdings, Inc., a publicly traded Delaware corporation with its principal place of business in Arizona.

9. Swift Transportation Services, LLC is an improperly named entity. At the time of the initial filing of this action and at the current time of the removal of this action: Swift Transportation Services, LLC is a Delaware limited liability company with a principal place of business in Arizona. *See* 28 U.S.C. § 1332(c). Its sole member, manager, and owner is Swift Services Holdings, Inc., a Delaware corporation with its principal place of business in Arizona. The sole shareholder of Swift Services Holdings, Inc. is Swift Transportation Co., LLC. Swift Transportation Co., LLC is a Delaware limited liability company with a principal place of business in the State of Arizona. The sole member, manager, and owner of Swift Transportation Co., LLC is Knight-Swift Transportation Holdings Inc., a publicly traded corporation organized under the laws of the State of Delaware, with a principal place of business in the State of Arizona.

10. In determining whether a civil action is removable on the basis of diversity jurisdiction, the citizenship of defendants sued under fictitious names shall be disregarded. 28 U.S.C. 1441(b)(1).[1]

11. On information and belief, no defendant is or was a citizen of Texas at any relevant time for removal purposes. *See* 28 U.S.C. § 1441(b); *see also* Fed R. Civ. P. 7.1(a)(2).

---

1 However, on information and belief, "John Doe 1" is Roshane J. Lewis, who, at the time of the initial filing of this action and at the current time of the removal of this action, is a citizen of Florida.

**SWIFT DEFENDANTS' NOTICE OF REMOVAL**                                                                                   **PAGE 3**

## C.    Amount in Controversy

12. Based on the allegations in Plaintiff's Original Petition, the amount in controversy exceeds $75,000. Plaintiff pleads for monetary relief in excess of $250,000 and up to $1,000,000. *See* 28 U.S.C. §§ 1332(a) and 1446(c).

## IV.

### CONSENT TO REMOVAL

13. The Swift Defendants are the only defendants who have been served. The Swift Defendants both join in and consent to the removal. *See* 28 U.S.C. § 1446(b).

## V.

### JURY DEMAND

14. The Swift Defendants respectfully demand a jury be empaneled to try the facts and issues of this case.

15. Plaintiff demanded a jury in the state court suit.

## VI.

### NOTICE TO THE STATE COURT

16. The Swift Defendants will contemporaneously file a copy of this Notice of Removal with the 274th Judicial District Court of Comal County, Texas. *See* 28 U.S.C. § 1446(d). The Swift Defendants will also provide Plaintiff with written notice of the filing of this Notice of Removal. *See id.*

## VII.

### OTHER MATERIALS

17. In accordance with 28 U.S.C. section 1446(a), the Swift Defendants attach a copy of all process, pleadings, and orders served upon the Swift Defendants. The Swift Defendants also attach the original and one copy of the civil cover sheet and supplemental civil cover removal

sheet.

**WHEREFORE, PREMISES CONSIDERED**, Defendants **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and improperly named SWIFT TRANSPORTATION SERVICES, LLC** respectfully request the civil action currently pending in the 274th Judicial District Court of Comal County, Texas as Cause Number C2023-0421C be removed to this Court, and for such other and further relief, both general and special, at law and in equity, to which the Swift Defendants may show themselves justly entitled.

      Respectfully submitted,

      **FEE, SMITH & SHARP, L.L.P.**

      */s/ Jeffrey D. Boyd*

      **BRET A. SANDERS**
      State Bar No. 24033152
      **JEFFREY D. BOYD**
      State Bar No. 24069404
      5301 Southwest Parkway, Suite 460
      Austin, TX 78735
      (512) 479-8400
      (512) 479-8402 [Fax]
      bsanders@feesmith.com
      jboyd@feesmith.com

      **ATTORNEYS FOR DEFENDANTS SWIFT TRANSPORTATION SERVICES, LLC and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served as stated below to all attorneys of record in this cause of action on the 7th of April, 2023.

***Via E-File and Email***
Joseph B. Deacon
Barry Deacon Law
630 Broadway
San Antonio, TX 78215
bdeacon@barrydeaconlaw.com

                                       */s/ Jeffrey D. Boyd*

                                       **BRET A. SANDERS**
                                       **JEFFREY D. BOYD**

16107

# IN THE DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **SHANNON FORD** § | |
| § | |
| **v.** § | Civil Action No. _____ |
| § | |
| **SWIFT TRANSPORTATION SERVICES,** § | |
| **LLC, SWIFT TRANSPORTATION CO.** § | **JURY DEMANDED** |
| **OF ARIZONA, LLC and JOHN DOE 1** § | |

## INDEX TO NOTICE OF REMOVAL

| Ex. | Description |
|---|---|
| A | Comal County District Court Docket Sheet for Cause No. C2023-0421C |
| B | Plaintiff's Original Petition filed on March 3, 2023 |
| C | Swift Transportation Co. of Arizona, LLC's Citation |
| D | Swift Transportation Services, LLC's Citation |
| E | The Swift Defendants' Original Answer filed on April 3, 2023 |
| F | Civil Cover Sheet (JS 44) |
| G | Supplemental Civil Cover Removal Sheet (Supplement to JS 44) |